# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                    Appellant,
        vs.
NICOLE MARIE PAYNE,
                    Respondent.

No. 81267

FILED

JUL 30 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing an appeal from a justice court order granting a motion in limine. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

When this court's review of the notice of appeal revealed a potential jurisdictional defect, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, this case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). In response, appellant does not assert any basis for this court's appellate jurisdiction over this appeal. Instead, appellant suggests that the appeal should be treated as a petition for a writ of mandamus.

This court lacks jurisdiction over this appeal from the justice court order, *id.* and declines to treat the notice of appeal as a petition for a writ of mandamus. Accordingly, this appeal is dismissed. Appellant may

20-27774

file a petition for a writ of mandamus in accordance with NRAP 21, if deemed warranted.

It is so ORDERED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                Silver

cc:     Hon. Michael Montero, District Judge
        Attorney General/Carson City
        Humboldt County District Attorney
        Dolan Law, LLC
        Humboldt County Clerk